

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2014

No. 04-13-00843-CV

David V. **MARTINEZ**,
Appellant

v.

Clarissa Ann **RODRIGUEZ**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-EM-505713
Honorable Olin B. Strauss, Judge Presiding

## O R D E R

On December 3, 2013, appellant filed an Affidavit of Indigency with this court, and this court forwarded a copy to the trial court. The clerk's record was due on January 3, 2014, but has not been filed. Ms. Donna Kay McKinney is the court clerk responsible for timely filing the clerk's record in this cause. Ms. McKinney is hereby ORDERED to file the clerk's record no later than February 11, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court